```
_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED
```

**MAY 31 2011**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE BARRAZA-VIDAL, | Case No. C10-1981-JLR |
| Petitioner, | CR08-308-JLR |
| v. | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2255 motion for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion is DENIED and this case is DISMISSED with prejudice.

(3) A certificate of appealability is DENIED with respect to the ineffective assistance of counsel claims asserted by petitioner in his § 2255 motion.

(4) The Clerk is directed to send copies of this Order to petitioner, counsel for respondent, and Judge Donohue.

DATED this 31st day of May, 2011.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1

10-CV-01981-PET